**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | May 6, 2016 |
| TIME: | 3:45 p.m. |
| DOCKET NUMBER(S): | CV-12-1895 (KAM) |
| NAME OF CASE(S): | Jewels v. Casner et al. |
| FOR PLAINTIFF(S): | Kubitschek |
| FOR DEFENDANT(S): | Chadwell |
| NEXT CONFERENCE(S): | (See Rulings Below) |
| FTR/COURT REPORTER: | FTR (3:51 - 3:59) |

RULINGS FROM Telephone Conference:

The Court reluctantly grants defendants' Second Motion for Extension of Time to File Affidavits [135].

Defendants are advised that if the remaining affidavits are not completed by May 20, 2016, the Court will impose sanctions under Federal Rule of Civil Procedure 37(b)(2).